United States District Court
Northern District of Illinois

Fernando Fontanez
vs.
Department of Homeland Security
and
Agent Jeffrey Dabe
and
General Counsel
Gus P. Coldebella

AE

RECEIVED
NOV 9 2007
NOV 9, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6391
JUDGE HART
MAG. JUDGE ASHMAN

MB

## COMPLAINT

Now Comes Plaintiff "Fernando Fontanez" Citing Cause of Action False Arrest in Violation of USC 1983 Title 42 and Title 36 and the Fourth and Fourteenth Amendment of the Constitution of the United States of America in that; on June 7th 2006 "Homeland Security Agent Jeffrey Dabe" Arrested Me Without Cause and Caused Me Undue Emotional and Psychological Distress By Claiming that I Wrote Threatening Letters to Public Officials including "Vice President Richard B. Cheney" and "Governor Rod Blagojevich" Knowing This to Be False and Causing Me to Be Listed as a Government Threat Within the "Chicago Police Department" Rap Sheet and Federal and State Rap Sheets etc. Plaintiff Seeking Immediate Clearance of Name Within Law Enforcement and Undisclosed Amount of Compensatory and Punitive Damages as Determined By a Jury So Help Me God!



Fernando Fontanez P.O. Box 578941 Chicago Illinois 60657