APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Fernando Fontanez
(Please print)

STREET ADDRESS: P.O. Box 578941

CITY/STATE/ZIP: Chicago Illinois 60657

PHONE NUMBER: 312-576-6831

CASE NUMBER: 07CV6391
JUDGE HART
MAG. JUDGE ASHMAN

Signature Date

FILED
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT