FILED
NOV 09 2007
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FERNANDO FONTANEZ
_____
Plaintiff

v.

DEPARTMENT OF HOMELAND Security
ET AL
_____
Defendant(s)

CA 07CV6391
JU JUDGE HART
MAG. JUDGE ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, FERNANDO FONTANEZ, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐Yes  ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: N/A
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: ∅

2. Are you currently employed?   ☐Yes  ☒No
   Monthly salary or wages: 155 per Month Food Stamps — 100 Month Cash
   Name and address of employer: AWAITING RE-INSTATEMENT OF DISABILITY

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: _____

   b. Are you married?   ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                  ☐Yes  ☒No
      Amount ∅          Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
Amount _____Ø_____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
Amount _____Ø_____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
     ☐ Yes     ☒ No
Amount _____Ø_____ Received by _____

e. ☐ Gifts or ☐ inheritances     ☐ Yes     ☒ No
Amount _____Ø_____ Received by _____

f. ☐ Any other sources (state source: _____)     ☐ Yes     ☒ No
Amount _____Ø_____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?     ☐ Yes     ☒ No     Total amount: _____Ø_____
In whose name held: _____N/A_____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?     ☐ Yes     ☒ No
Property: _____N/A_____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐ Yes     ☒ No
Address of property: _____N/A_____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
     ☐ Yes     ☒ No
Property: _____Ø_____
Current value: _____Ø_____ N/A
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_____NONE_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-9-7

Signature of Applicant

FERNANDO FONTANEZ
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____                    _____
DATE                                     SIGNATURE OF AUTHORIZED OFFICER

                                         _____
                                         (Print name)

rev. 10/10/2007

-3-

11/74    **State of Illinois**
Department of Human Services                      SEQ:  2729

NOTICE OF DECISION ON APPLICATION FOR CASH,
MEDICAL AND/OR FOOD STAMPS

| DATE OF NOTICE | CAT. | L.O. | GRP. | BASIC  | CASELOAD NUMBER |
|---|---|---|---|---|---|
| JULY 05, 2007 | P3 | 217 | 03 | H23916 | 904 |

FONTANEZ, FERNANDO        217
PO BOX 578941
CHICAGO, IL          60657-8941

LOCAL OFFICE ADDRESS

WICKER PARK LOCAL OFFICE
1279 N. MILWAUKEE, 3RD FL
CHICAGO, IL          60622-2296

THIS NOTICE TELLS YOU WHAT ASSISTANCE YOU WILL GET AND WHO WILL GET IT. THIS NOTICE ALSO TELLS YOU WHAT ASSISTANCE YOU WILL NOT GET AND WHY. THE NOTICE THEN TELLS YOU HOW YOU CAN APPEAL IF YOU DISAGREE WITH OUR DECISIONS.

LOCAL OFFICE TELEPHONE NUMBER: (773) 292-2900
FOR THE HEARING IMPAIRED WHO HAVE A
TELEPHONE DEVICE FOR THE DEAF (TTY), CALL: (773) 227-3735

REGARDING YOUR APPLICATION FOR FOOD STAMPS FILED ON: 06/01/07 AND
REGARDING YOUR APPLICATION FOR ASSISTANCE   FILED ON: 05/10/07

THE FOLLOWING PEOPLE WILL RECEIVE CASH ASSISTANCE UNDER THE  AABD PROGRAM
AND MEDICAL ASSISTANCE UNDER THE MEDICAID PROGRAM.

|   NAME            | RECIPIENT NUMBER |
|---|---|
| FERNANDO   FONTANEZ | 058442633 |

YOU CAN EXPECT YOUR FIRST CHECK IN THE AMOUNT OF $  176.49 ON OR ABOUT       JULY 09, 2007
TO COVER YOUR NEEDS FROM      JULY 02, 2007 THROUGH       JULY 31, 2007.  THEREAFTER YOU
CAN EXPECT YOUR FIRST REGULAR MONTHLY CHECK OF $  100.00 ON OR ABOUT      AUGUST 10, 2007.

YOU AND/OR YOUR FAMILY ARE ELIGIBLE TO RECEIVE MEDICAL ASSISTANCE BEGINNING 05/01/07.

YOU WILL RECEIVE A MEDICAL ELIGIBILITY CARD IN THE MAIL. IF YOU OR A FAMILY MEMBER WILL NEED A MEDICAL CARD SOONER, ASK YOUR CASEWORKER FOR A TEMPORARY MEDICAL ELIGIBILITY CARD. THE UNPAID CHARGES FOR MEDICAL SERVICES PROVIDED TO THE PERSONS LISTED ABOVE WILL BE PAID BY THE DEPARTMENT OF PUBLIC AID, IF THEY ARE WITHIN ITS STANDARDS, ARE NOT COVERED BY INSURANCE OR OTHER MEDICAL BENEFITS AND PROVIDED BY A VENDOR WHO IS CURRENTLY ENROLLED WITH THIS DEPARTMENT. TAKE YOUR MEDIPLAN CARD TO THE MEDICAL PROVIDER SO THAT THE VENDOR CAN BILL THE DEPARTMENT OF PUBLIC AID FOR UNPAID CHARGES.

MEDICAL BACKDATE

YOU HAVE NOT ASKED US TO PAY ANY MEDICAL BILLS YOU HAVE PRIOR TO THE MONTH IN WHICH YOU APPLIED FOR MEDICAL ASSISTANCE.

FOOD STAMP BENEFITS:

THE FOLLOWING PEOPLE HAVE BEEN APPROVED FOR FOOD STAMP BENEFITS:

    FERNANDO   FONTANEZ

YOUR REGULAR MONTHLY BENEFITS WILL BE AVAILABLE APPROXIMATELY 08/10/07. THEY WILL BE IN THE AMOUNT OF $ 155.00 UNLESS YOU ARE NOTIFIED OTHERWISE.
THE AMOUNT YOU RECEIVE MAY BE LOWER IF YOU ARE REPAYING A PRIOR OVERPAYMENT.
YOU HAVE BEEN CERTIFIED TO RECEIVE FOOD STAMPS THROUGH 05/08.

IL444-0360C (R-9-02)

11-11-07 Eligibility Period 12-10-07 Through    Case ID: P3 217 03    H23916
Number:

FONTANEZ, FERNANDO
PO BOX 578941 CHICAGO, IL

ONLY THE FOLLOWING PERSONS ARE ELIGIBLE:
*********************************************
FERNANDO   FONTANEZ    ID#:058442633   DOB:06-15-63
MEDICAL
*********************************************
TOTAL NUMBER OF ELIGIBLE PERSONS: 1

03-110807

-Please see front of card for important information-

HFS 469 (R-4-06)

**HFS MediPlan Card**
State of Illinois — Healthcare and Family Services

Case ID Number: P3 217 03 H23916

FONTANEZ, FERNANDO
PO BOX 57894
CHICAGO, IL 60657-8941

03-110807

Eligibility Period: 11-11-07 Through 12-10-07

CASELOAD: 904

4478-0234