# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6391 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Plaintiff's motion for appointment of counsel [5] is denied. Defendants Department of Homeland Security and Gus P. Coldebella are dismissed as a party defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|