# United States District Court
## Northern District of Illinois
### Eastern Division

Fernando Fontanez

✓

Department of Homeland Security Agent Jeffrey Dabe

No. 07 C 6391

"Honorable"
"Judge William T. Hart"

FILED
J.N
NOV 8 2007
Nov. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Add Party Defendant in Civil Action

Now Comes "Fernando Fontanez" Plaintiff Respectfully Requesting that this Honorable Court and Honorable Judge Hart Reconsider Minute Order Dismissing "The Department of Homeland Security" as Defendants and Add Them As; Defendant "Jeffrey Dabe" acted while in his official capacity while working as an Agent For "The Department of Homeland Security" and Previously in Case# 06 C 7056 "The Honorable Judge George M. Marovich" did NOT Dismiss The Department of Homeland Security Allowing for the Attorney General of the United States to Be Served. The U.S. Marshal Service has notified me that due to Your Minute Order Dismissing Defendants of November 20th 2007; They are unable to Serve the United States Attorney thus creating a Hamper to Pursue Defendant Jeffrey Dabe in his official capacity and Holding him and The Department of Homeland Security Viscerally Responsible For Violating Section 42 + 43 USC 1983; Also Direct Clerk to Forward copies of original complaint and U.S. Marshal Service to Serve the United States Attorney General.





Fernando Fontanez P.O. Box 578941 Chicago, Illinois 60657

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 7056 | DATE | 2/1/2007 |
| CASE TITLE | Fontanez v. Dabe | | |

**DOCKET ENTRY TEXT:**

Plaintiff Fernando Fontanez's petition to proceed *in forma pauperis [4]* is granted. The clerk's office is directed to issue summons and forward the summons and a copy of the complaint to the U.S. Marshals Service in order to effectuate service on defendant. Plaintiff Fontanez's motion for appointment of counsel [5] is denied.

■[ For further details see text below.]  Docketing to mail notices.



## STATEMENT

Petitioner Fernando Fontanez ("Fontanez") seeks leave to file *in forma pauperis* his complaint against Jeffrey Dabe ("Dabe"), an individual alleged to be an agent employed by the United States Department of Homeland Security. Fontanez also moves for appointment of counsel.

Under 28 U.S.C. § 1915, when determining whether a petitioner may proceed *in forma pauperis*, the Court engages in a two-step analysis. First, the Court examines whether the petitioner has sufficiently demonstrated that he is impoverished within the meaning of the statute. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). Second, the Court determines whether the complaint is frivolous. *Denton v. Hernandez*, 540 U.S. 25, 31 (1992); *Nietzke*, 490 U.S. at 324. First, the Court finds that Fontanez has sufficiently demonstrated that he is impoverished within the meaning of the statute. In his affidavit, Fontanez states that he has no assets and has no income aside from $155 per month in food stamps.

Second, the Court has reviewed Fontanez's complaint. Most of the allegations in Fontanez's complaint are plainly frivolous. He includes, however, some allegations which, while not stating a claim upon which relief may be granted, are not frivolous. According to the attachments to Fontanez's complaint, Dabe is a U.S. Marshal. Dabe arrested Fontanez in June 2006 so that he could be questioned about possessing letters that were threatening to judges. Fontanez alleges that Dabe falsely arrested him in violation of 42 U.S.C. § 1983. Although any such claim would probably have to be brought as a *Bivens* action instead of a § 1983 claim and would require allegations that his arrest was without probable cause, Fontanez's claim does not appear to be frivolous. Thus, the Court grants Fontanez leave to file his complaint *in forma pauperis*.

The Court notes, however, that it is aware that in the days and weeks surrounding the filing of this suit, Fontanez filed at least a dozen other suits in the United States District Court for the Northern District of

| STATEMENT |
|---|
| Illinois. Many of those suits have been dismissed as frivolous, and the Executive Committee entered an order restricting Fontanez's ability to file new suits. That order does not affect this suit. The Court notes, however, that should it become clear at any point that this case is being pursued maliciously, the Court will not hesitate to dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).<br><br>Finally, Fontanez moves for appointment of counsel. The Seventh Circuit has explained that "indigent civil litigants have no constitutional or statutory right to be represented by counsel in federal court." *Jackson v. County of McLean*, 953 F.2d 1070, 1071 (7th Cir. 1992). The Court may, in its discretion, request counsel to represent an indigent litigant if the individual has made reasonable efforts to secure counsel and if the presence of counsel seems likely to make a difference in the outcome. *Farmer v. Haas*, 990 F.2d 319, 321-322 (7th Cir. 1993). Here, Fontanez failed to answer the question in his motion for appointment of counsel that asked him to declare the efforts he had made to retain counsel. Because the Court is not aware of any reasonable attempts by Fontanez to secure counsel, the Court denies Fontanez's motion for appointment of counsel. (This denial is without prejudice, and Fontanez is free to file a new motion for appointment of counsel.)<br><br>Accordingly, the Court grants Fontanez's petition to proceed *in forma pauperis*. The Court directs the clerk's office to issue summons and forward the summons and a copy of the complaint to the U.S. Marshals Service in order to effectuate service on defendant. The Court denies his motion for appointment of counsel. |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fernando Fontanez | 06-C-7056 |
| DEFENDANT | TYPE OF PROCESS |
| Agent Jeffrey Dabe, etal. | Summons and Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Agent Jeffrey Dabe

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. DEPT OF HOMELAND SECURITY C/O NAVAL SECURITY STATION
NEBRASKA AVENUE WASHINGTON D.C.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fernando Fontanez
P.O. Box 578941
Chicago, IL 60657

FILED
MAR 0 2 2007 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

THIS HONORABLE AGENT SHOWED ME I.D. OF HOMELAND SECURITY — I BELIEVE TO TRACK HIM WOULD BE OUT OF HEADQUARTERS D.C. IT IS NOT CLEAR IF HE'S ASSIGNED TO CHICAGO AREA. INVESTIGATION SHOWS HE IS NOT A U.S. MARSHALL, THANK YOU FOR ANY QUESTIONS CONTACT ME: 5838 N. BROADWAY #306 CHICAGO 60657

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 2-12-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 24 | 24 | RHW | 2/12/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 2/23/07
Time: am/pm
Signature of U.S. Marshal or Deputy: RHW

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:**
***Certified mail mailed with Waiver of Service of Summons on February 12, 2007.
Certified mail Number: 7005 1160 0001 3027 8777.

See Attached

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery FEB 2 3 200_ |
| 1. Article Addressed to:<br><br>U.S. Dept. of Homeland Security<br>Washington, D.C.   20528<br><br>ATTN:  Legal Dept.<br><br>CASE:   06-C-7056 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY_<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3027 8777 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-15 |

**FILED**

MAR 0 2 2007 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET - ROOM 2444
CHICAGO, ILLINOIS  60604

ATTN:  Civil Division      CASE:  06-C-7056

THIEL

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>Fernando Fontanez | | COURT CASE NUMBER<br>06-C-7056 |
| DEFENDANT<br>Agent Jeffrey Dahe, etal. | | TYPE OF PROCESS<br>Summons andComplaint |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrick Fitzgerald, U.S. Attorney, U.S. attorney's Office

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 South Dearborn Street - 5th Floor - Chicago, IL 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fernando Fontanez
P.O.Box 578941
Chicago, IL 60657

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

FILED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MAR 0 2 2007 WH
03-02-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>24<br>No. | District to Serve<br>24<br>No. | Signature of Authorized USMS Deputy or Clerk<br>RHW | Date<br>2/12/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jocelyn Murawski / Admin Asst.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 2/26 | 1025 | am / pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

1 DUSM / 1 Hour / 0 Miles

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fernando Fontanez | 06-C-7056 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Agent Jeffrey Daba, etal. | WAIVER Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General, Dept. of Justice

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Avenue, NW    Washington, D.C.    20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fernando Fontanez
P.O. Box 578941
Chicago, IL   60657

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Paid                                                                                    Paid

**FILED**

MAR - 5 2007
03-05-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 24 | 24 | RHW | 2/12/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/22/07    Time: am/pm

Signature of U.S. Marshal or Deputy: RHW

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: ***Certified mail mailed with Waiver of Service of Summons on February 12, 2007.
Certified mail Number: 7005 1160 0001 3027 8722

(( See Attached ))

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA AVENUE, NW
   WASHINGTON, D.C.   20530

   CASE:   06-C-7056

2. Article Number (Transfer from service label)
   7005 1160 0001 3027 8722

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   FEB 2 0 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET - ROOM 2444
CHICAGO, ILLINOIS   60604

ATTN:  Civil Division

CASE:   06-C-7056

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6391 | DATE | 11/20/2007 |
| CASE TITLE | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Plaintiff's motion for appointment of counsel [5] is denied. Defendants Department of Homeland Security and Gus P. Coldebella are dismissed as a party defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

07C6391 Fernando Fontanez vs. Department of Homeland Security, et al. Page 1 of 1

**U.S. Department of Justice**

United States marshals Service

*Northern District of Illinois*

219 South Dearborn St. Rm. 2444
Chicago, IL 60604
312-353-5290

November 27, 2007

Fernando Fontanez
P.O. Box 578941
Chicago, IL 60657

**RETURN TO CIVIL DESK**

COURT CASE NUMBER-<u>07C6391</u>

Your forms (s) are being returned to you for the following reason (s) checked. Please complete and return within **TEN (10) days** from the date of this letter. We **can not** process your request without the requested information.

_____ You have not filed your Summons and Complaint with the Clerk of the Court PRIOR to completing the USM-285 Form.
(To file your Summons and Complaint Contact the Clerk of the Court at 312-435-5691 219 S. Dearborn St. on the 20th floor)

_____ You have not completed a USM-285 Form (s) (Process Receipt and Return) for **each** defendant that you would like served. Enclosed is a USM-285 Form (s) with a return self-addressed stamped envelope. DO NOT REMOVE THE CARBONS FROM THE USM-285 FORM(S).

\_\_\_\_X\_\_\_\_ You did not include one or more of the following on the USM-285 Form:

\_\_\_\_ The defendant (s) (the person who will be served) first and last name.

\_\_X\_ The defendant (s) (the person who will be served) mailing address with zip code and apartment number if serving at a place of business include department.
**(NO P.O. BOX ADDRESS ACCEPTED)**

\* We are unable to serve the U.S. attorney + attorney General because the department of Homeland Security has been dismissed as defendant.

202-447-3710
MEGAN
GEMUNDER

U.S. GPO: 2003-498-572/61234

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Fernando Fontanez | COURT CASE NUMBER<br>07C6391 |
|---|---|
| DEFENDANT<br>Department of Homeland Security, et al. | TYPE OF PROCESS<br>S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Agent Jeffrey Dabe, C/O Department of Homeland Security

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Department of homeland Security, Washington, DC 20528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fernando Fontanez
P.O. Box 578941
Chicago, Il 60657

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

please provide the department + address.
AGENT JEFFREY DABE C/O DEPT OF HOMELAND SECURITY ATTN: MEGAN GEMUNDER
3801 NEBRASKA AVENUE WASHINGTON, D.C. 20528
202-447-3710 CALL MEGAN GEMUNDER for RECEIPT

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11-27-07 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 of 3 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>TD | Date<br>11-27-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: