**Department of Justice**
**United States Marshals Service**

# Memo

# FILED

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** November 27, 2007

**Re:** Case #07C6391

NOV 2 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

I am returning 2 of the 3 attached summons and complaint case#07C6391 per the docket entry the defendants Department of Homeland Security and Gus P. Coldbella are dismisses as a party defendants so we are unable to serve the United States Attorney and Attorney General.

Tamar
Civil Process

1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6391 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Plaintiff's motion for appointment of counsel [5] is denied. Defendants Department of Homeland Security and Gus P. Coldebella are dismissed as a party defendants.

Docketing to mail notices.

A TRUE COPY - ATTEST
MICHALL W. DOBBINS, CLERK
BY: Maya Busko
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 11-21-07

| | Courtroom Deputy Initials: | CW |
|---|---|---|

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF HOMELAND SECURITY
AND
AGENT JEFFREY DABE
AND
GENERAL COUNSEL GUS P. COLDEBELLA

CASE: **07CV6391**
ASSIGNED: **JUDGE HART**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE ASHMAN**

ATTORNEY GENERAL
PETER KEISLER
c/o DOJ
950 PENNSYLVANIA
WASHINGTON, D.C. 20530

IF QUESTIONS CALL MEGAN AT 202-447-3710

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FERNANDO FONTANEZ
P.O. BOX 578941
CHICAGO ILLINOIS 60657

an answer to the complaint which is herewith served upon you, __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Maya Burke_
(By) DEPUTY CLERK

_11-21-07_
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ

SUMMONS IN A CIVIL CASE

V.

DEPARTMENT OF HOMELAND SECURITY
AND
AGENT JEFFREY DABE
AND
GENERAL COUNSEL GUS P. COLDEBELLA

CASE: 07CV6391
ASSIGNED JUDGE: JUDGE HART
DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE ASHMAN

TO: (Name and address of Defendant)

U.S. ATTORNEY PAT FITZGERALD
219 S. DEARBORN
CHICAGO, ILLINOIS

IF QUESTIONS CALL MEGAN AT 202-447-3710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FERNANDO FONTANEZ
P.O. BOX 578941
CHICAGO ILLINOIS 60657

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Maya Burke_
(By) DEPUTY CLERK

11-21-07
DATE