United States District Court, Northern District of Illinois          CH

Fernando Fontanez
vs.
John Dabe # 19810
Chicago Police Officer

No. 07 6391

Thee Honorable Judge Hart

## Motion To Ammend Complaint And Summons

Now comes this Plaintiff hereby Requesting this honorable Court to issue Summons Against Defendant John L Dabe; Chicago Police Personnel Investigations unit # 19810. Upon Investigation This Plaintiff has gleaned information attesting to the Correct identity of this Defendant who is possibly detailed to the Department of Homeland Security. The Defendant is located at Chicago Police Department Headquarters Personnel Investigations Division; And this Plaintiff request service via Summons by U.S. Marshal and hereby Ammends Complaint against "Jeffrey Dabe" to "John L Dabe" # 19810.



Fernando Fontanez P.O. Box 578941 Chicago, Illinois 60657

FILED
DEC 1 1 2007
Dec 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT