# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6391 | **DATE** | 12/19/2007 |
| **CASE TITLE** | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend complaint substituting John L. Dabe for defendant Jeffrey Dabe with summons to issue [11] is granted. Therefore, the complaint is amended on its face to reflect said substitution, and the Clerk is directed to reflect said substitution on the docket sheet and issue summons..

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|