MHN

# United States District Court, Northern District of Illinois

Fernando Fontanez

vs.

John L. Dabe
#19810
Chicago Police Officer
Personnell Invertigations

No. 07 6391

The Honorable Judge Hart

**FILED**
JAN X 4 2008
Jan. 4, 2008 J.H.
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion to Ammend a Complaint

Now comes Plaintiff requesting this Honorable Court to Ammend Complaint reflecting change of name of Defendant from "Jeff Dabe" to "John Dabe" and Location from "Department of Homeland Security" to "Chicago Police Department — Personnell Invertigations" and wishes Court to Accept Ammended Complaint" and send via U.S. Marshal Summons to Ammended Defondant listed on Complaint. The previous Ammended Complaint Minute Order of 12-19-07 was construed by Clerks office as only a name change and sent to the Department of Homeland Security instead of the Chicago Police Department and the Clerk of Court directed me to Motion Court Again.



Fernando Fontanez P.O. Box 578941
Chicago Illinois 60657

IDENT. CLEARED

CB #: 16559312
IR #: 580974
YD #:

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.420C(REV. 8/30)

Name: FONTANEZ, Fernando
Res: 3208 N Sheffield Ave, #427
     Chicago, IL 60657
DOB: 15 June 1963
AGE: 42 years
POB: Illinois
SSN: 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
ARMED WITH

Beat: 1924

Male
White
5' 09"
165 lbs
Brown Eyes
Black Hair
Short Hair Style
Medium Brown
Complexion

Marks:  Tattoo (1) on Right Hand

Arrest Date: 07 June  2006 09:30
Location: 3208 N Sheffield Ave
          Chicago, IL 60657
          290 - Residence
Holding Facility: District 019 Male Lockup
Resisted Arrest?  No

TRR Completed? No
Beat: 1924

Total No Arrested: 1
Dependent Children? No

Co-Arrests     Assoc Cases
DCFS Ward ? No

Victim

1 | Offense As Cited    720 ILCS 5.0/12-9-A
                        THREATEN A PUBLIC OFFICIAL
                        Class 3 - Type  F

NO NARCOTICS RECOVERED

NO WARRANT IDENTIFIED

Print Generated By: MEDINA, Olivia

Page 1 of 5

06 DEC 2007 01:47

Chicago Police Department - ARREST Report

CB #: [redacted]
FONTANEZ, Fernando

| | | |
|---|---|---|
| Name: STATE POLICE MASTER SGT. | Male | Injured? No   Deceased? No |
| | DOB: | Hospitalized? No |
| | Age: | |
| | Comments: | Treated and Released? No |

NO ARRESTEE VEHICLE INFORMATION ENTERED

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    FONTANEZ, Fernando,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EV# 05428 THIS IS A 019 DISTRICT BURGLARY TEAM ARREST. A/O'S HAVING KNOWLEDGE OF THE ACTIVE INVESTIGATIVE ALERT# 299938287. A/O'S LOCATED THE SUBJECT AT THE LOCATION OF 3208 N. SHEFFIELD APT#427. THE SUBJECT WAS READ RIGHTS AND PLACED SUBJECT INTO CUSTODY AND TRANSPORTED THE SUBJECT INTO THE 019 DISTRICT FOR PROCESSING.
A/3DET DIV. SGT RIGGIO NOTIFIED

SUBJECT HAS ID
NAME CHECK INVESTIGATIVE ALERT POSITIVE
NO GANG AFFILIATION

SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS

Desired Court Date:
Branch:
Court Sgt Handle? No
Initial Court Date:
Branch:         - Room
Docket #:

BOND INFORMATION NOT AVAILABLE

CB #: 16556312

## Chicago Police Department - ARREST Report

FONTANEZ, Fernando

| | |
|---|---|
| Holding Facility: District 019 Male Lockup | Time Last Fed: |
| Received in Lockup: 07 June 2006 13:57 | Time Called: Phone#: |
| Prints Taken: 07 June 2006 13:57 | Cell #: 6-3 |
| Palmprints Taken: | |
| Photograph Taken: 07 June 2006 13:56 | Transport Details: 1PO  1932  07-JUN-2006 09:50 |
| Released from Lockup: 07 June 2006 17:09 | |

| | | | |
|---|---|---|---|
| Is there obvious pain or injury? | No | Presently taking medication? | No |
| Is there obvious signs of infection? | No | (If female) are you pregnant? | No |
| Under the influence of alcohol/drugs? | No | First time ever been arrested? | No |
| Signs of alcohol/drug withdrawal? | No | Attempted suicide/serious harm? | No |
| Appears to be despondent? | No | Serious medical or mental problems? | No |
| Appears to be irrational? | No | Are you receiving treatment? | No |
| Carrying medication? | No | | |

Name: REFUSED

Res:  Beat:

**NO INTERVIEWS LOGGED**

**NO VISITORS LOGGED**

**Chicago Police Department - ARREST Report**

CB #: 16559312
FONTANEZ, Fernando

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| | | | |
|---|---|---|---|
| Attesting Officer: | #19810 | DABE, J L | 07 JUN 2006 12:44 |

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #19810 | DABE, J L | 1906E |
| 2nd Arresting Officer: | #11957 | DIAZ, D S | 1906D |

| | | | |
|---|---|---|---|
| Approval of Probable Cause: | #303 | GIORANGO, J | 07 JUN 2006 12:50 |



**Chicago Police Department - ARREST Report**

CB #: 16558312
FONTANEZ, Fernando

MOVEMENT LOG INFORMATION NOT AVAILABLE

| Watch Commander Comments: | See Watch Commanders comments. |
|---|---|
| #303  Giorango, Joseph (PC0P638) 07 JUN 2006 14:27 This investigative Alert was obtained by the Ill. State Police, Agent Cornier #2703. After the subject was arrestted he was transport to 019 for investigation. Agent Cornier states that after his investigation there is no probable cause for charges. The State Police request that the subject be released without charges. Agent Cornier does not wish to have the subject signed into Ill. Masonic for a mental evaluation. | |

Beat

| | | | |
|---|---|---|---|
| Searched By: | #8930 | CROSBY, G E | |
| Lockup Keeper: | #16674 | DE FRANCE, W D | |
| Assisting Arresting Officer: | #19282 | RIFFERT, J N | 1906C |
| Fingerprinted By: | | AFIS, A | |

Beat

| | | | |
|---|---|---|---|
| Release w/o Charging Appvl : | #415 | MULLANE, W E | 07 JUN 2006 15:33 |

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MB

AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ
VS.
DEPARTMENT OF HOMELAND SECURITY
AND
AGENT JEFFREY DABE
AND
GENERAL COUNSEL
GUS P. COLDEBELLA

**RECEIVED**
NOV 9 2007
NOV 9, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6391
JUDGE HART
MAG. JUDGE ASHMAN

MB

## COMPLAINT

Now comes Plaintiff "FERNANDO FONTANEZ" citing cause of action FALSE ARREST in violation of USC 1983 Title 42 and Title 36 and the Fourth and Fourteenth Amendment of the Constitution of the United States of America in that; on June 7th 2006 "Homeland Security Agent Jeffrey Dabe" Arrested me without cause and caused me undue emotional and psychological distress by claiming that I wrote threatening letters to Public officials including "Vice President Richard B. Cheney" and "Governor Rod Blagojevich" knowing this to be false and causing me to be listed as a Government Threat within the "Chicago Police Department" rap sheet and Federal and State rap sheets etc. Plaintiff seeking immediate clearance of name within law enforcement and undisclosed amount of compensatory and punitive damages as determined by a Jury so help me God!





FERNANDO FONTANEZ P.O. BOX 578901 CHICAGO ILLINOIS 60651

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS    CH

FERNANDO FONTANEZ
VS
JOHN DABE # 19810
CHICAGO POLICE OFFICER

No. 07 6391

THEE HONORABLE JUDGE HART

## MOTION TO AMMEND COMPLAINT AND SUMMONS

NOW COMES THIS PLAINTIFF HEREBY REQUESTING THIS HONORABLE COURT TO ISSUE SUMMONS AGAINST DEFENDANT JOHN L. DABE; CHICAGO POLICE PERSONNEL INVESTIGATIONS UNIT # 19810. UPON INVESTIGATION THIS PLAINTIFF HAS GLEANED INFORMATION ATTESTING TO THE CORRECT IDENTITY OF THIS DEFENDANT WHO IS POSSIBLY DETAILED TO THE DEPARTMENT OF HOMELAND SECURITY. THE DEFENDANT IS LOCATED AT CHICAGO POLICE DEPARTMENT HEADQUARTERS PERSONNEL INVESTIGATIONS DIVISION; AND THIS PLAINTIFF REQUEST SERVICE VIA SUMMONS BY U.S. MARSHAL AND HEREBY AMMENDS COMPLAINT AGAINST "JEFFREY DABE" to "JOHN L DABE" # 19810.



FERNANDO FONTANEZ P.O. BOX 578941 CHICAGO, ILLINOIS 60657

FILED
DEC 11 2007
Dec 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6391 | **DATE** | 12/19/2007 |
| **CASE TITLE** | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend complaint substituting John L. Dabe for defendant Jeffrey Dabe with summons to issue [11] is granted. Therefore, the complaint is amended on its face to reflect said substitution, and the Clerk is directed to reflect said substitution on the docket sheet and issue summons..

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

07C6391 Fernando Fontanez vs. Department of Homeland Security, et al.   Page 1 of 1