# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6391 | **DATE** | 1/9/2008 |
| **CASE TITLE** | Fernando Fontanez vs. Department of Homeland Security, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to amend complaint [13] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|