**FILED**

**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ

VS.

JOHN L. DABE
#19810
CHICAGO POLICE OPACA
PERSONNELL INVESTIGATIONS

No. 07 6391

THEE HONORABLE JUDGE HART

**RECEIVED**

Jan. 4, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMMENDED COMPLAINT

NOW COMES PLAINTIFF " FERNANDO FONTANEZ" CITING CAUSE OF ACTION FALSE ARREST IN VIOLATION OF USC 1983 TITLE 42 AND TITLE 36 AND THE FOURTH AND FOURTEENTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA IN THAT; ON JUNE 7TH 2006 THE ABOVE DEFENDANT ARRESTED ME WITHOUT CAUSE AND CAUSED ME UNDUE EMOTIONAL AND PSYCHOLOGICAL DISTRESS BY CLAIMING THAT I WROTE THREATNING LETTERS TO PUBLIC OFFICIALS INCLUDING "VICE PRESIDENT RICHARD B. CHENEY" AND "GOVERNOR ROD BLAGOJEVICH" KNOWING THIS TO BE PATENTLY FALSE AND CAUSING ME TO BE ARRESTED AND LISTED AS A GOVERNMENT THREAT WITHIN THE CHICAGO POLICE DEPARTMENT'S RAP SHEET AND FEDERAL AND STATE RAP SHEETS ETC. PLAINTIFF SEEKS IMMEDIATE RESTORATIVE CLEARANCE OF NAME WITHIN LAW ENFORCEMENT AND COMPENSATORY AND PUNITIVE DAMAGES TO BE DETERMINED BY A JURY SO HELP ME GOD!

  

FERNANDO FONTANEZ P.O. BOX 578941 CHICAGO ILLINOIS
60657