# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fernando Fontanez | 07C6391 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Department of Homeland Security, et al. | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Agent Jeffrey Dabe, C/O Department of Homeland Security

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~Department of homeland Security, Washington, DC 20528~~

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Fernando Fontanez
P.O. Box 578941
Chicago, Il 60657

FILED
1-10-2008
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

please provide to department + address.
AGENT JEFFREY DABE C/O DEPT of HOMELAND SECURITY ATTN: MEGAN GEMUNDER
3801 NEBRASKA AVENUE WASHINGTON, D.C. 20528
202-447-3710 CALL MEGAN GEMUNDER for RECEIPT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11-27-07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 of 1 | District of Origin No. 24 | District to Serve No. 46 | Signature of Authorized USMS Deputy or Clerk TD | Date 11-27-07 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Megan Gemunder, Attorney Advisor

Address (complete only if different than shown above):
3801 Nebraska Ave Washington DC 20528

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 12/13/07 | 1020 | pm |

Signature of U.S. Marshal or Deputy
Jessica Schwitz 4047

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** POC: Megan only accepting within official capacity for agent Jeffrey Dabe.
POC: Megan Gemunder 202-447-3710
SCHWITZ 4047/ KIM 0827

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)