IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FERNANDO FONTANEZ, | ) | |
| Plaintiff, | ) | Case No. 07 C 6391 |
| | ) | |
| v. | ) | JUDGE HART |
| | ) | |
| OFFICER JOHN DABE, | ) | MAGISTRATE ASHMAN |
| Defendant. | ) | |

**DEFENDANTS' MOTION TO EXTEND THE TIME TO ANSWER
OR OTHERWISE PLEAD PLAINTIFF'S COMPLAINT**

Defendant Chicago Police Officer John Dabe, by and through his attorney, Joel Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court extend the time in which defendant may answer or otherwise plead to plaintiffs' complaint to April 18, 2008. In support of this motion, defendant states:

1. The undersigned filed his appearance for Chicago Police Officer John Dabe on March 18, 2008.

2. This motion is defendant's first request for an extension of time to answer or otherwise plead.

3. The undersigned has not yet been able to interview all police personnel necessary to answer the complaint herein.

4. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

5. Plaintiff has been notified and will not be prejudiced as a result of said extension of time.

**WHEREFORE,** Chicago Police Officer John Dabe, respectfully requests that he be

given until April 18, 2008 to answer or otherwise plead to plaintiff's' complaint.

                                                  Respectfully submitted,

                                                  /s/ Joel Sandoval<br>
                                                  Joel Sandoval<br>
                                                  Assistant Corporation Counsel

30 N. LaSalle Street<br>
Suites 1400<br>
Chicago, Illinois 60602<br>
(312) 742-6433<br>
(312) 744-6566 (FAX)<br>
Attorney No.: 06290664