UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FERNANDO FONTANEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6391 |
| | ) | |
| v. | ) | JUDGE HART |
| | ) | |
| **OFFICER JOHN DABE,** | ) | MAGISTRATE ASHMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Fernando Fontanez
      P.O. Box 578941
      Chicago, IL 60657

**PLEASE TAKE NOTICE** that on March 26, at 11:00 am., or as soon thereafter as counsel may be heard, before the Honorable William T. Hart, or whomever shall be sitting in his stead, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *DEFENDANTS' MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFF'S COMPLAINT*.

Respectfully submitted,

/s/  JOEL  SANDOVAL
JOEL SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-6433
ATTORNEY NO. 06290664