UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FERNANDO FONTANEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6391 |
| | ) | |
| v. | ) | **JUDGE HART** |
| | ) | |
| **OFFICER JOHN DABE,** | ) | **MAGISTRATE ASHMAN** |
| | ) | |
| | ) | **Jury Demand** |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing *DEFENDANTS' MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD PLAINTIFF'S COMPLAINT* and *NOTICE OF MOTION* was served upon Plaintiff Fernando Fontanez, P.O. Box 578941, Chicago, IL 60657 by U.S. Mail on the 18th day of March, 2008.

                Respectfully submitted,

                /S/ JOEL SANDOVAL_____
                JOEL SANDOVAL
                Assistant Corporation Counsel
                30 North LaSalle Street, Suite 1400
                Chicago, IL  60602
                (312) 742-6433
                Atty. No. 06290664