**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Fernando Fontanez
       Plaintiff,

v.              Case No.: 1:07−cv−06391
             Honorable William T. Hart

John L. Dabe, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

  MINUTE entry before Judge Honorable William T. Hart:Motion hearing set for 3/26/2008 is stricken. Status hearing set for 3/26/2008 is stricken. Defendant John Dabe's motion to extend the time to 4/18/2008 to answer or otherwise plead [21] is granted. Status hearing set for 4/23/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.