UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FERNANDO FONTANEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6391 |
| | ) | |
| v. | ) | JUDGE HART |
| | ) | |
| **OFFICER JOHN DABE,** | ) | MAGISTRATE ASHMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Fernando Fontanez
      P.O. Box 578941
      Chicago, IL 60657

**PLEASE TAKE NOTICE** that I have this day, April 17, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of *DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AN JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT* which is attached hereto and herewith served upon you.

Respectfully submitted,

/s/ **JOEL SANDOVAL**
JOEL SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-6433
ATTORNEY NO. 06290664