UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FERNANDO FONTANEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6391 |
| | ) | |
| v. | ) | JUDGE HART |
| | ) | |
| **OFFICER JOHN DABE,** | ) | MAGISTRATE ASHMAN |
| | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing *DEFENDANTS' ANSWER, 12(b)(6) DEFENSES, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT* was served upon Plaintiff Fernando Fontanez, P.O. Box 578941, Chicago, IL 60657 by U.S. Mail on the 17th day of April, 2008.


Respectfully submitted,

/S/ JOEL SANDOVAL
JOEL SANDOVAL
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-6433
Atty. No. 06290664