UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Fernando Fontanez
                        Plaintiff,

v.                                              Case No.: 1:07−cv−06391
                                                    Honorable William T. Hart

John L. Dabe, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable John F. Grady:Plaintiff has informed the court that he has no objection to the motion to reassign case 07 C 6391. Therefore, the motion to reassign case 07 C 6391 from the calendar of Judge Hart to my calendar is granted 40. Case 07 C 6391 (Fontanez v. Department of Homeland Security) will be forwarded to the executive committee for reassignment.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.