# United States District Court
## Northern District of Illinois



In the Matter of

Fontanez

v.

John Cornier

Case No. 07 C 6391

Designated Magistrate Judge
Martin C. Ashman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **William T. Hart** to be related to **06 C 6997**, which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John F. Grady

Dated: May 29, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John F. Grady**.

## ENTER

## FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: **MAY 2 9 2008**

Finding of Relatedness (Rev. 9/99)