## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Fernando Fontanez

                Plaintiff,

v.                                             Case No.: 1:07–cv–06391
                                              Honorable John F. Grady

John L. Dabe, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

    MINUTE entry before the Honorable John F. Grady:Discovery to close 10/31/08. After discovery is completed, the parties are requested to file written status reports by 11/14/08. The court will then review the status reports and enter an appropriate order.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.