UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

FERNANDO FONTANEZ
VS.
CORNIER ET AL

06-6997 AND 07-6391

HONORABLE JUDGE GRADY

STATUS REPORT

NOW COMES PLAINTIFF FERNANDO FONTANEZ SUBMITTING THIS STATUS REPORT TO THIS HONORABLE COURT. CONTACTED BOTH ATTORNEYS AND INFORMED THEM THAT THIS PLAINTIFF IS FULLY SATISFIED WITH PREVIOUSLY SUBMITTED ANSWERS AND/OR DEPOSITIONS BY DEFENDANT CASE # 07-6391 TO MERGE WITH CASE # 06-6997 AS REQUESTED AND NOT CONTESTED BY PLAINTIFF BEFORE JUDGE HART. PLAINTIFF IS WORKING WITH BOTH ATTORNEYS TO PROVIDE THEM BOTH WITH ALL NECESSARY DOCUMENTATION TO AID THEIR DISCOVERY ETC. REQUEST FOR NOTIFICATION FROM THIS COURT OF FUTURE PROCEEDINGS AND MOTIONS AS DULY PRESCRIBED BY LAW.

FERNANDO FONTANEZ
P.O. BOX 578941
CHICAGO, ILLINOIS
60657
312-446-7944

FILED

SEP - 9 2008
Sep 9. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Now Comes Plaintiff with Proof of Service on September 9th 2008 Hand Delivery to Both Attorney.

Fernando Gonzalez
P.O. Box 578941
Chicago, Illinois 60657
312-446-7944

Rachel Fleischman
c/o Attorney Generals Office
100 West Randolph
Chicago, Illinois 60601

AND

Joel Sandoval
90 City Corporation Counsel
30 North Clark Street
Chicago, Illinois 60601